ORIGINAL

ENTERED MAR 29 2001 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE BY ___ DEPUTY

FILED CLERK, U.S. DISTRICT COURT MAR 29 2001 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

JS-6

___ Docketed
___ Copies / NTC Sent
___ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

ENTER ON ICMS
MAR 29 2001

X Priority
X Send
___ Clsd
X Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TELEPRESENCE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UPPER DECK COMPANY, <br><br> Defendant. | SA CV 00-183 AHS (EEx) <br><br><br><br><br> JUDGMENT |

Defendants' joint motion for summary judgment that plaintiff lacks standing came before the Court, the Honorable Alicemarie H. Stotler, District Judge, presiding, and the matter having been duly considered, oral argument having been heard, and decision having been duly rendered,

//
//
//
//
//

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

that plaintiff shall take nothing from defendant, and the action is dismissed with prejudice. Defendant's counterclaim is dismissed without prejudice.

DATED: March 27, 2001.

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE